## ASSIGNMENT OF MORTGAGE

Regarding this instrument, contact JPMORGAN CHASE BANK, N.A., 780 Kansas Lane, Suite A, Monroe, LA 71203, telephone # (866) 756-8747, which is responsible for receiving payments.
FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, JPMORGAN CHASE BANK, N.A., WHOSE ADDRESS IS 700 Kansas Lane, MC 8000, MONROE, LA, 71203, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 14221 DALLAS PARKWAY SUITE 100, DALLAS, TX 75254, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 01/04/2013, made by DAN J. MANAGAN to JPMORGAN CHASE BANK, N.A. and recorded on 01/11/2013 in Book 30294, Page 189 and Doc # 2340, in the office of the Recorder of CUMBERLAND County, Maine.

IN WITNESS WHEREOF, this assignment was executed on 03 / 31 / 2015 (MM/DD/YYYY).
JPMORGAN CHASE BANK, N.A.

By: _____
Juatika T. Tabb
Vice President

STATE OF LOUISIANA   PARISH OF OUACHITA
On  03 / 31 / 2015  (MM/DD/YYYY), before me appeared
___Juatika T. Tabb___
___Vice President___ of JPMORGAN CHASE BANK, N.A. and that the instrument was signed on behalf of the corporation (or association), by authority from its board of directors, and that he/she/they acknowledged the instrument to be the free act and deed of the corporation (or association).

_____
Y.K. Wilson 064399
Notary Public - State of LOUISIANA
Commission expires: Upon My Death

Y.K. Wilson
Notary Public #064399
Ouachita Parish, LA
Lifetime Commission

Instrument Prepared By: ___Juatika T. Tabb___, JPMorgan Chase Bank, N.A., 780 Kansas Lane, Suite A, Monroe, LA, 712030, 800-401-6587
When Recorded Return To: JPMorgan Chase Bank, NA, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683



EXHIBIT D