## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 Kansas Lane, MC 8000, MONROE, LA 71203, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 14221 Dallas Parkway, Suite 1000, Dallas, TX 75254, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 01/04/2013, made by DAN J. MANAGAN to JPMORGAN CHASE BANK, N.A. and recorded on 01/11/2013 in Book 30294, Page 189 and Doc # 2340, in the office of the Recorder of CUMBERLAND County, Maine.

IN WITNESS WHEREOF, this assignment was executed on 10/11/2016 (MM/DD/YYYY).
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

By: _____
DAISY HARRIS
Vice President

STATE OF LOUISIANA   PARISH OF OUACHITA
On 10/11/2016 (MM/DD/YYYY), before me appeared DAISY HARRIS, to me personally known, who did say that he/she/they is/are the Vice President of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and that the instrument was signed on behalf of the corporation (or association), by authority from its board of directors, and that he/she/they acknowledged the instrument to be the free act and deed of the corporation (or association).

YOLANDA A. DIAZ
Notary Public - State of LOUISIANA
Commission expires: Upon My Death

Yolanda A. Diaz
Notary # 87401
State of Louisiana
Parish of Ouachita
Commission Expires at Death

Instrument Prepared By: DAISY HARRIS, JPMorgan Chase Bank, N.A., 780 Kansas Lane, Suite A, Monroe, LA, 71203, 800-401-6587
When Recorded Return To: JPMorgan Chase Bank, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683



EXHIBIT E