## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS MIDTOWN CENTER, 1100 15TH STREET, NW, WASHINGTON, DC 20005, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 01/04/2013, made by DAN J. MANAGAN to JPMORGAN CHASE BANK, N.A. and recorded on 01/11/2013 in Book 30294, Page 189 and Doc # 2340, in the office of the Recorder of CUMBERLAND County, Maine.

IN WITNESS WHEREOF, this Assignment was executed this 12th day of September in the year 2019.
NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER


DYLAN JACKSON
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on this 12th day of September in the year 2019, by Dylan Jackson as VICE PRESIDENT of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

DANIELLE KENNEDY
COMM EXPIRES: 08/06/2021

DANIELLE KENNEDY
Notary Public - State of Florida
Commission # GG 131749
My Comm. Expires Aug 6, 2021
Bonded through National Notary Assn.

Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Nationstar Mortgage LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683

EXHIBIT G