UNITED STATES DISTRICT COURT, DISTRICT OF MAINE

Index No.: 2:20-CV-00471-JDL
Filed On: 12/22/2020

## AFFIDAVIT OF SERVICE

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**

-against-

KATHALEEN M. FERLAND, PERSONAL REPRESENTATIVE OF THE ESTATE OF DAN J. MANAGAN

STATE OF __NH__, COUNTY OF __BELKNAP__ .: (Process Server): __Steven C Byers__,
being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of _____.
That on __12-28-2020__, at __12:24 PM__ am/~~pm~~ at 7 HANSEN WAY, MELVIN VILLAGE, NH 03850 I served the SUMMONS, COMPLAINT AND CIVIL ACTION COVER SHEET bearing Index # **2:20-CV-00471-JDL** and filed date 12/22/2020 upon KATHALEEN M. FERLAND, PERSONAL REPRESENTATIVE OF THE ESTATE OF DAN J. MANAGAN,

[ ] **INDIVIDUAL**
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[ ] **AGENCY / BUSINESS ENTITY**
by delivering thereat ____ true copy(ies) of each to (name)_____,
(capacity)_____, known by deponent to be an authorized agent of the named defendant therein.
Designated under rule _____ and tendering the required fee (if applicable).

[✓] **SUITABLE AGE PERSON**
by delivering a true copy of each to a person of suitable age and discretion, to wit: (name) __ANDREW FERLAND__
(relationship) __SPOUSE__ who verified that the intended recipient actually lives/works at this location.

[ ] **AFFIXING TO DOOR**
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on these dates and times:
1) _____, at _____ am/pm 2) _____, at _____ am/pm 3) _____, at _____ am/pm
Deponent verified that the Defendant lived/worked at said premises with _____.

[✓] **MAILING COPY**
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to recipient at the above address and mailed by first class mail [ ✓ ] and certified mail # _____ ] by depositing in an official depository under exclusive care and custody of the US Postal Service in the State of __NH__ on (date) __12-29-2020__.

[✓] **DESCRIPTION**
Sex: __M__; Color: __White__; Hair: __Brown__; Approx. Age: __50__; Approx. Height: __5'9"__; Approx. Weight: __200__;
Other:_____

[ ] **WITNESS FEE**
Deponent tendered to the recipient $_____ as traveling expenses, witness fee or other statutory fee.

[✓] **MILITARY SERVICE**
Deponent asked the person spoken to whether the recipient is currently on active duty in the US military service or dependent on someone who is currently on active duty in the US military service and was informed that he/she was not.

[ ] **NON-SERVICE**
Deponent could not effect service for the following reasons: (include attempts and reasons for non-service):

Sworn to before me on : __12-29-2020__

_Radi Roberge_


RADI ROBERGE
MY COMMISSION EXPIRES
APRIL 5, 2022
NOTARY PUBLIC
NEW HAMPSHIRE

_Steven C Byers_
Signature of Process Server

DOONAN, GRAVES & LONGORIA, LLC MA
100 CUMMINGS CENTER,, SUITE 225D
BEVERLY, MA 01915
Phone: (978) 921-2670
File No. 56187

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS776863F)CL 1052803>